[No. 55862-5-I. Division One. March 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BERGEN GREENE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07518-1, Julie Spector, J., entered March 7, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Cox and Schindler, JJ.

[No. 57010-2-I. Division One. March 5, 2007.]

*In the Matter of the Parentage of B.W.*

JAMES ARTHUR WHITE, *Appellant*, v. TRENA LOUISE FYRE, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-5-00897-1, George N. Bowden, J., entered September 1, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57225-3-I. Division One. March 5, 2007.]

RCSH BELLEVUE, LLC, *Appellant*, v. SELLEN CONSTRUCTION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-41982-6, Steven G. Scott and Gregory P. Canova, JJ., entered June 8, 2004. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick, C.J., and Grosse, J.

[No. 57233-4-I. Division One. March 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN KEITH NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04331-4, William L. Downing, J., entered October 28, 2005. *Affirmed* by unpublished per curiam opinion.